## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARK RICHARDSON AND ARTHUR RICHARDSON, | : No. 899 MAL 2014 |
| Respondents | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | |
| ERIC J. RICHARDSON, | |
| Petitioner | |
| PAUL PEFFLEY, | |
| Intervenor | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.